# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ines Ruiz Rios, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>Lux Interior and Renovation LLC, et al.,<br><br>Defendants. | NO. CV-23-01686-PHX-DJH<br><br>**DEFAULT JUDGMENT** |

Pursuant to Rule 55(b) of the Federal Rules of Civil Procedure and upon instruction by the Court, default judgment is hereby entered in favor of Plaintiffs in the amount of $2,601.00 against Defendant Lux Interior and Renovations LLC; and judgment in favor of Plaintiffs in the amount of $103,612.40 against all five Defendants Lux Interior and Renovation LLC, Katisleidys Martinez, and John Doe Martinez, Julia Martinez, and John Doe Martinez II, jointly and severally as set forth in the Order. These amounts shall be subject to post-judgment interest at the applicable federal rate pursuant to 28 U.S.C. § 1961(a).

Debra D. Lucas
District Court Executive/Clerk of Court

March 20, 2025

By   s/ E. Aragon
     Deputy Clerk